IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELIZABETH HANBY,

    Plaintiff,

vs.

    Case No. C2-97-076
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Mark R. Abel

CHIEF OF POLICE JACKSON,
    et al.,

    Defendants.

### ORDER

Plaintiff's Motion for Reconsideration is **DENIED**. Ms. Hanby has submitted what appears to be an affidavit setting out her limited income, assets, and liabilities. She has represented that she has attempted to consult with lawyers but has not been able to reach an agreement for one of them to represent her. A litigant, however, has no constitutional right to be represented by counsel when her personal freedom is not at issue. *Lassiter v. Dept. of Social Servs.*, 452 U.S. 18, 26-27 (1981). Ms. Hanby's personal freedom is not at issue here. Under these circumstances, the Court declines to appoint counsel for her.

**IT IS SO ORDERED.**

4-30-2008
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE