IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Elizabeth Hanby, | : | |
| Plaintiff | : | Civil Action 2:97-cv-76 |
| v. | : | Judge Sargus |
| Chief Jackson, | : | Magistrate Judge Abel |
| Defendant | : | |

## ORDER

Plaintiff has filed a "prayer for judgment" (Doc. 24), in which she requests that the Court enter judgment against Defendants and award monetary damages. However, the Court already entered judgment on July 2, 1997 dismissing this action without prejudice for failure to obtain service of process upon Defendants. (Doc. 5.) This case is closed, and Plaintiff does not presently have any claims before the Court. Accordingly, it cannot render a judgment in her favor. Plaintiff's motion (Doc. 24) is **DENIED**.

s/ _____  06-12-2012
United States District Judge