IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Elizabeth Hanby, | | : | |
| | Plaintiff | : | Civil Action 2:97-cv-00076 |
| v. | | : | Judge Sargus |
| Chief Jackson, | | : | Magistrate Judge Abel |
| | Defendant | : | |

## ORDER

Plaintiff Elizabeth Hanby's October 22, 2012 motion to move this case to the United States Criminal Court (doc. 27) is DENIED. On July 2, 1997, this Court dismissed this case without prejudice for failure to obtain service of process on defendants. This case is closed. Plaintiff's request for the appointment of counsel is DENIED.

s/Mark R. Abel<br>
United States Magistrate Judge