UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELIZABETH HANBY,

    Plaintiff,

    v.

CHIEF JACKSON, et al,

    Defendants.

Case No. 2:97-cv-076
JUDGE EDMUND A. SARGUS, JR.

## OPINION AND ORDER

Plaintiff has filed a Motion for Default Judgment for One Hundred Million Dollars. (Doc. No. 30.) This Court, however, has already entered judgment in this case on July 2, 1997. The case is closed and Plaintiff does not presently have any claims before the Court. Accordingly, it cannot render a judgment in her favor. Thus, Plaintiff's motion is hereby **DENIED.**

    IT IS SO ORDERED.

12-19-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE